UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASHRIK MIKHA, | Case No. CV 16-03475 JAK(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSIE GASTELO, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 27, 2016

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE